[No. 1817–3. Division Three. June 28, 1977.]

HENRY CALLISON, *Appellant,* v. FLAVORLAND
INDUSTRIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 57740, Blaine Hopp, Jr., J., entered
October 30, 1975. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 1676–3. Division Three. June 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD M.
TESDAHL, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 22919, B. J. McLean, J., entered July
24, 1975. *Affirmed* by unpublished opinion per Green, J.,
concurred in by Munson, C.J., and McInturff, J.

[No. 2082–2. Division Two. June 30, 1977.]

MARINE/LAND RESOURCES, INC., *Appellant,* v. H. C.
BARRON, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 229579, Hardyn B. Soule, J., entered October
2, 1975. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Petrie, C.J., and Pearson, J.